■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE RHODES, Appellant.—Judgment of the Supreme Court, Kings County, rendered May 26, 1976, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERTHA MAY WHACK, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 1, 1974, convicting her of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law and as a matter of discretion in the interest of justice, and indictment dismissed. The People candidly concede that a reversal of the judgment and dismissal of the indictment are required in this case because of errors which occurred at the trial. Hopkins, Acting P. J., Latham, Damiani and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL ORLANDO, Appellant, v ROY BOMBARD, as Superintendent of Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated February 16, 1977, which, *inter alia,* dismissed the petition. Judgment affirmed, without costs or disbursements. The record supports the determination of the Parole Board. Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.